IN THE UNITED STATES DISTRICT COURT FOR THE
                        WESTERN DISTRICT OF MISSOURI
                              CENTRAL DIVISION

                                  MINUTE SHEET

**UNITED STATES OF AMERICA**              Date:        August 8, 2017

vs.                                       Case No.:    16-4063-01-CR-C-BCW

**Roger Wayne Green**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 12:04am                **Time Terminated:** 12:20 pm

---

                                   APPEARANCES

**Government's counsel:**   Larry Miller, AUSA
**Defendant's counsel:**    Troy Stabenow
**Probation officer:**      Angela Palmerton, Jaime Drummond

---

**12:04am**      PROCEEDINGS IN COURTROOM:   Above parties present.

                 There are no objections to the Presentence Report that affect the guideline range; Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Attorneys make sentence recommendations. Defendant accorded allocution.

**SENTENCE:**    Court imposed 66 months custody in Bureau of Prisons on Count 1. Supervised release of 5 years on Count 1.

                 FINE: waived; MSA: $100; Defendant advised of right to appeal.

                 Defendant remanded to custody of U.S. Marshal's Service.

                 Court recommended defendant be designated to a facility with plumbing or HVAC programs and Business Management programs.

Count 2 dismissed on motion of the government.

See Judgment & Commitment for Supervised Release conditions.

---

**Court Reporter:**      Denise Halasey
**Courtroom Deputy:**    J Russel